1  CHARLES WALTON  CDC #F48589
   AVENAL STATE PRISON
2  P.O. BOX 8 #1 KINGS WAY, 410-1-78U
   AVENAL, CA   93204
3
4  Pro se
5
6           UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA
8

FILED 07 JUL 19 AM 9:59 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

10  CHARLES WALTON, Jr., et al.,           CASE NO. C-07-3246-SBA(PR)
11  AND ALL Others Similarly               MOTION FOR EXTENTION OF TIME
12  Situated, And The Inmates at           OR ENLARGEMENT
                                           Pursuant to F.R. Civ. P. 6.(b) AND MOTION
13  AVENAL STATE PRISON,                   FOR COURT ORDERED INMATES
14                      Plaintiffs,        CERTIFIED TRUST ACCOUNT
                 vs.                       STATEMENTS
15  AVENAL STATE PRISON, et al.,
16                      Defendants.
17

18  1. Pursuant to F.R. Civ. P. 6.(b) Plaintiffs in this above entitled matter are California
19  State Prisoners, herein moves this Honorable Court for an Order of
20  Extension of time to comply with July 20, 2007. Court order for an
21  Application to proceed Forma Pauperis and a Certified copy of
22  Trust Account Statements.
23  2. Plaintiffs are California State Prisoners and are wholly dependent on
24  Prison Officials for everything; even lifes necessities and are unable to
25  do anything without them.
26  3. Plaintiffs have requested in Motions to this Court. Orders for Certified
27  copies of their Prison Trust Account Statements and Extension of
28  Time.

-1-

4. Plaintiffs are unable to afford counsel, and they have requested to proceed in Forma Pauperis; that application is pending with this court.

5. Prison Officials at Avenal State Prison on Four Yard are refusing to provide the plaintiffs with their Certified Inmate Trust Account Statements.

6. Wherefor plaintiffs pray that the Court will grant this motion for Extension of time and issue an Order.

Under penalty of perjury the information is true and correct.

Respectfully Submitted,

Charles Walton
CDC# F48589

Avenal State Prison
P.O. Box 8 #1 Kings Way, 410-1-78U
Avenal, Ca  93204

-2-