FILED
07 AUG 14 PM 4:38
RICHARD W. WI[EKING]
CLERK, U.S. DISTRICT C[OURT]
NORTHERN DISTRICT OF C[ALIFORNIA]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES WALTON, JR, et al.,
AND ALL OTHERS SIMILARLY
SITUATED, AND THE INMATES AT
AVENAL STATE PRISON, Plaintiff,

vs.

AVENAL STATE PRISON, et al.,

Defendant.

CASE NO. C-07-3246-SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Charles Walton Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _NA_____ Net: _NA_____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __6-2005_____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or              Yes ___ No ✓
10          self employment

11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?

13     c.   Rent payments?                       Yes ___ No ✓

14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?

16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __N/A_____
22  _____

23  3.      Are you married?                     Yes ___ No ✓
24  Spouse's Full Name: __N/A_____
25  Spouse's Place of Employment: __N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__N/A_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $_____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $ N/A    Amount of Mortgage: $ _____

6. Do you own an automobile?    Yes ___ No ✓

Make N/A    Year _____    Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ N/A    Utilities: _____

Food: $ N/A    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ _____ | $ _____ |
| N/A | $ _____ | $ _____ |
| N/A | $ _____ | $ _____ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-16-07

DATE                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

```
REPORT ID: TS3030                                              REPORT DATE: 07/09/07
                                                                 PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 AVENAL STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: APR. 01, 2007 THRU JUL. 09, 2007

ACCOUNT NUMBER:                          BED/CELL NUMBER: 410 1 00000078U
ACCOUNT NAME   : WALTON, CHARLES EVERETT  ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  -----------   -------    ---------  --------  -----------  -------

04/01/2007   BEGINNING BALANCE                                            0.00

04/24 D320 TRUST FUNDS T 4312/NKSP               97.41                   97.41
05/01 D320 TRUST FUNDS T 4385/NKSP               11.25                  108.66
05/30*DD30 CASH DEPOSIT   4834/9433              45.00                  153.66
06/05 FC07 DRAW-FAC 4     4CD1604935                         90.00       63.66
06/12 W516 LEGAL COPY CH 05055 LECO                           0.50       63.16
06/13 W516 LEGAL COPY CH 605150LECO                           1.25       61.91
06/15 W516 LEGAL COPY CH 605150LECO                           0.75       61.16
06/20 W516 LEGAL POSTAGE 5218LEGPOS                           0.58       60.58
06/21 W516 LEGAL COPY CH 605241LECO                           7.80       52.78
06/21 W516 LEGAL COPY CH 605241LECO                           0.75       52.03
07/09 W516 LEGAL COPY CH 700123LECO                           0.50       51.53


                           CURRENT HOLDS IN EFFECT
   DATE     HOLD
  PLACED    CODE      DESCRIPTION         COMMENT      HOLD AMOUNT
---------  -----  ------------------   -----------   -----------

07/06/2007  H118  LEGAL COPIES HOLD    7101LEGCOP          2.80


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06                  CASE NUMBER: *FCR231965
COUNTY CODE: *SOL                         FINE AMOUNT: $  2,708.78

  DATE      TRANS.  DESCRIPTION                TRANS. AMT.   BALANCE
--------   ------  -------------------------   -----------   -------

04/01/2007   BEGINNING BALANCE                                2,583.78

04/10/07    SU03    SYS UPDATE - POS              4.50-       2,579.28
04/17/07    SU03    SYS UPDATE - POS             12.50-       2,566.78
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
REPORT ID: TS3030                                      REPORT DATE: 07/09/07
                                                       PAGE NO:         2
                            AVENAL STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 01, 2007 THRU JUL. 09, 2007

ACCT: F48589      ACCT NAME: WALTON, CHARLES EVERETT     ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06                     CASE NUMBER: *FCR231965
COUNTY CODE: *SOL                            FINE AMOUNT: $   2,708.78

  DATE     TRANS.  DESCRIPTION                    TRANS. AMT.    BALANCE
  ------   ------  ---------------------------   ------------   ----------
 05/30/07  DR30    REST DED-CASH DEPOSIT              50.00-     2,516.78

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
  BALANCE    DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
 ---------  ----------   -----------   ---------   ---------   ------------
    0.00      153.66        102.13        51.53       2.80          0.00


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                   -------------
                                                        49.73
                                                   -------------
```

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           NORTH KERN STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 09, 2007

ACCOUNT NUMBER : P48599                BED/CELL NUMBER:
ACCOUNT NAME   : WALTON, CHARLES EVERETT    ACCOUNT TYPE: T
PRIVILEGE GROUP:
                          TRUST ACCOUNT ACTIVITY
         TRAN
DATE    CODE  DESCRIPTION     COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------   ---------   --------   -----------   -------

01/01/2007    BEGINNING BALANCE                                               31.27

01/10*DD30  CASH DEPOSIT    1866/5893              11.25                      42.52
02/15 FC05  DRAW-FAC 5      2260*RCD3D                            42.00        0.52
02/27*DD30  CASH DEPOSIT    2384/6296              11.25                      11.77
03/01 W502  POSTAGE CHARG   2413/POSTA                             3.41        8.36
03/06 W536  COPAY CHARGE    2478/MD                                5.00        3.36
03/07*DD30  CASH DEPOSIT    2502/6370              45.00                      48.36
03/22 FC04  DRAW-FAC 4      2699/RCC3D                            48.36        0.00
04/03*DD30  CASH DEPOSIT    2830/6580              45.00                      45.00
04/10*DD30  CASH DEPOSIT    2948/6629               4.05                      49.05
04/16 FR01  CANTEEN RETUR   603006                                48.36-      97.41
04/17*DD30  CASH DEPOSIT    3017/6689              11.25                     108.66
04/17 W610  TRANSFER OF T   3046/AVE   154046661                  97.41       11.25
04/24 W610  TRANSFER OF T   3132/AVE   154046697                  11.25        0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06              CASE NUMBER: *FCR231965
COUNTY CODE: *SOL                     FINE AMOUNT: $ 2,708.78

 DATE       TRANS.    DESCRIPTION                  TRANS. AMT.   BALANCE
--------    ------    -----------                  -----------   -------

01/01/2007    BEGINNING BALANCE                                  2,708.78

01/10/07    DR30      REST DED-CASH DEPOSIT           12.50-     2,696.28
02/27/07    DR30      REST DED-CASH DEPOSIT           12.50-     2,683.78
03/07/07    DR30      REST DED-CASH DEPOSIT           50.00-     2,633.78
04/03/07    DR30      REST DED-CASH DEPOSIT           50.00-     2,583.78
04/10/07    DR30      REST DED-CASH DEPOSIT            4.50-     2,579.28
04/17/07    DR30      REST DED-CASH DEPOSIT           12.50-     2,566.78
```

FAX NO. :                                    Jul. 09 2007 12:50PM P2

INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 09, 2007

CCT: F48589      ACCT NAME: WALTON, CHARLES EVERETT      ACCT TYPE: T

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 31.27 | 127.80 | 159.07 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------
0.00

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Charles E. Walton_ (Prisoners Name) for the last six months at

_Avenal State Prison_ (Name of Institution) where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _28.80_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _44.37_.

Dated: _7-9-07_

_[signature]_
Authorized officer of the institution



