September 20, 2007

Office of The Clerk
U.S. Dis. Ct., N.D. Cal
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, Ca 94102

**FILED**
SEP 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
07 SEP 26 PM 5:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Case No. C07-3246-SBA(PR)(N.D. Cal. 2007)
Plaintiff(s) / Class Members

Subject: Deprivation of Inmates 1st and 14th Amend. Rights and CDCR's ASP Officials Retaliatory practices and policies against Prisoner(s) pursuing their right to Claims for injuries suffered

Office of The Clerk

Please be advised and duly informed I am a California State Prisoner incarcerated at Avenal State Prison (ASP) at Kings County.

This letter is in regard to the above mentioned Plaintiff(s) Class and the injustices they are subjected to by CDCR ASP Officials and Staff.

At all times during incarceration prisoners have relied on the Warden at ASP to provide the resources and services necessary to effectively redress issues of concern and to communicate with the Courts.

Plaintiff(s)/Inmate(s) in Case No. C-07-3246-SBR(PR)(N.D. Cal. 2007) seek declatory and injunctive relief from the unconstitutional conditions of their confinement.

Members of the Class seeking monitery compensation for the needless unnecessary pain and suffering inflicted on them knowingly with Wanton Indifference and Disregard by CDCR KSP, must file seperate individual claims with the California Victim Compensation and Government Claims Board.

Prisoners are entitled to use the courts to initiate lawsuits on their own, although in some cases they may be charged a filing fee.

Some Courts and Government Agencies require [Certified Trust Account Statements] before the processing of filing of indigent Inmate Claims/Lawsuits.

KSP Officials have been denying inmates on 4 yard of their right of access to the courts.

KSP employees are refusing to provide inmates with Certified Trust Statements that are required for the processing/filing of Claims with the California Victim Compensation and Government Claims Board.

Claims/Lawsuits are often denied or dismissed due to failure to satisfy some technical requirement.

However dismissal or denial that is the result of an Officials failure to provide documents/tools/services necessary to effectively

2 of 6

pursue claims/lawsuits, is a violation of rights secured under the US Constitution.

Removing Claims Forms from inmates' mail, refusing indigent inmates adequate postage for legal mail, opening legal mail from the Courts/ other Government Agencies, with-holding documents/prohibiting the timely return of legal papers/documents/work, and the distribution of [Incomplete] claims forms, refusing inmates Certified Trust Account Statements and refusing the necessary copies, required by/for the Courts, to properly serve ALL Defendants that are named in a case; these are just a few injustices and deprivations inmates must endure for exercising their liberties granted by the US Constitution, Federal/State Laws and CDCR's own California Code of Regulations.

Practices, procedures and policies that fail to further any legitimate penalogical goal are Retalitory, when they interfere/hinder an individuals exercise of Civil Liberties and deny them of the right of access to the Courts, to redress conditions of confinement and for requesting due compensation for injuries suffered.

A.S.P. Mail Room/Trust Office/Library/Custody Staff and Inmate "Library Clerks" hindering an inmates ability to initiate or maintain the pursuit of legal claims by reading/interfering with an inmates legal papers, is an obstruction of/denial of the Right of Access to the Courts and points to an institutional Retalitory culture/policy/propensity.

A.S.P. Official's failure to provide the tools/materials [needed]

"to attack their sentence, directly or collaterally, and in order to challenge their conditions of confinement," is a gross deprivation of prisoners protected Federal/State Constitutional Rights and their own California Code of Regulations.

Effective access to the Courts not only encompasses the right to look at Lawbooks, but the right to materials necessary to use them and to [Communicate] with the Courts.

Thus, the US Supreme Court State that indigent prisoners must be provided with papers and something to write with, and stamps to mail documents to Courts.

CDC rules further provide for photocopying services for prisoners legal documents, and for free copying of indigent prisoners documents.

K.S.P. inmates are currently pursuing claims for money based on damages/injuries suffered while in the control, custody, care and safekeeping of CDCR Officials and Employees; see C-07-3246-SBA (PR) (N.D.Cal. 2007)

Inmates now request remedy for actual harms and injuries previously suffered during incarceration at KSP, but are being [prevented] from doing so, by CDCR employees [at any means necessary]; even when doing so brings them under scrutiny of the law for possible Criminal Acts.

I write to You in protest of these Criminal Acts by these, CDCR Employees acting under "color of state law" in their Individual and Official capacities, [I ask that they] be investigated for violation of inmates Civil Liberties and the deprivation of their rights under the U.S. Constitution.

Appellant(s) has made repeated demands for Prison Official's to comply with the law. Despite this demand, respondents have

failed and continue to fail to comply with their duty under the herein mentioned regulations and PC §5058.

Respondent has a clear and present administerial duty to comply with the requirements of the Administrative Procedures Act (APA), California Code of Regulations (CCRs), Penal Code §5058, the American Correctional Association, State Laws and the United States Constitution, and at all times relevant herein has had and continues to have the duty and ability to do so.

Unfortunately Senior Prison Officials while recognizing the depth of the problem and documentation, fails to exhibit the force of will necessary to tackle the problem in any systematic manner in what is likely years to come.

The appellant(s) has encouraged Prison Officials to treat this situation as a matter of importance and to break out of the "business as usual" mindset, and to take extreme measures to break through any bureau- cratic or other barriers that are preventing them from furnishing the appeldant(s) with effective access to the courts and the tools [materials [needed]] to attack their sentences, directly or indirectly, and in order to challenge their conditions of confinement."

Notwithstanding, these duties and abilities, respondent has failed and refused and continues to fail to perform their duty as required by Law.

By all accounts, the Arena Prison Administrative Officials management system is [broken] beyond repair.

Given the desperate state of affairs at Avenal State Prison, Federal and State Governmental powers - indeed, have an obligation to remedy the situation, as discussed above/below, the appellant(s) and all others similarly situated ask that you be compelled to move forward as expeditiously as possible in this case, within the constraints of "Due Process" and Fundamental Fairness; and set forth the requested relief.

In conclusion, I have enclosed documents and evidence in support of my allegations.

I therefore, Pray that the Court will grant an Order of declatory and injunctive relief to the petitioners(s) based on the complaint, and that the Respondant be held in contempt for failure to comply with Court Orders.

THANK YOU

Sincerely,

Charles Walton F48589
C-07-3246-SBA (PR)(2007)

Avenal State Prison
PO Box E
#1 Kings Way
Avenal, CA 93204

6 of 6

Charles Walton H85895
Avenal State Prison
PO Box 8, 410-1-78L
Avenal, Ca 93204

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Confidential
LEGAL MAIL
SEP 24 2007
AVENAL STATE PRISON
MAILROOM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES