November 9, 2007

Honorable Sandra Brown Armstrong
U.S. District Court, Nor. Dis. of Cal.
1301 Clay St., Suite 400S
Oakland, Ca 94612-5212

Re: 4:07-cv-03246-SBA

Honorable Sandra Brown Armstrong

Please by advised and duly informed I am a California State Prisoner incarcerated at Avenal State Prison at Kings County.

Your Honor, I am the plaintiff of the above mentioned 42 USC § 1983.

Plaintiff is a layman, with no prior knowledge of the law and procedures. Please forgive any violations of rules, conduct, protocol and procedure as a result of this plea for your intervention in this matter.

Plaintiff is being denied access to the law library and other legal services/resources.

Plaintiff is wholly and completely unable to pursue vindication/remedy in court without the required knowledge of the rules governing judicial proceedings.

Defendant(s) have also censored the Plaintiff's legal mail and continue to deprive him of rights under the First Amendment of the United States Constitution of America.

This is a request for an Order of Avenal/CDCR Officials and Personnel, to cease these acts meant to hinder his pursuit of vindication, discourage the plaintiff, have this Civil Action dismissed due to failure to adhere to some technical requirement; as so many complaints on an arguably actionable harm, so often are.

Plaintiff is not requesting assistance outside of an open book.

In closing please overlook this desperate act; overstepping the authority that I obviously am in no position to assume such a privilege.

There will be no sequel of this mistake. Thank you for your time

THANK YOU

Respectfully Submitted

Charles Walton F48589

Avenal State Prison
PO Box 8
Avenal, Ca 93204

2 SBA

WALTON, H-48589
Avenal State Prison
PO Box 8350-234up
Avenal, Ca 93204

Confidential

Office of the Clerk
U.S. District Court, N.D. California
450 Golden Gate Avenue SPA
San Francisco, Ca 36060

AVENAL STATE PRISON

RECEIVED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO FUNDS
$00.410
11/13/2007
Mailed From 93204
US POSTAGE