Charles Walton F48589
Avenal State Prison
PO Box 8
Avenal, Ca 93204

November 9, 2007

Office of the Clerk
U.S. Nor. Dis. Crt. of Cal.
450 Golden Gate Avenue
San Francisco, Ca 36060

FILED
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re: CV-07-03246-SBA

The Clerk

Please be advised and duly informed. I am a California State Prisoner incarcerated at Avenal State Prison at Kings County.

This letter is in regard to the above cited case/civil action and of its progress and status.

I, the named Plaintiff, am being completely denied access to the Law Library. I am a highschool dropout, a layman. I know nothing without books. They have completely denied my legal mail as well.

I provided (or should I say my Mother from Corcoran City, Ca) the Court with an appropriated sized self addressed post marked envelope so you could send me the Local Rules of Court.

That was two weeks ago. It's been a near Month and half since my last visit to the law library.

I can write the Heafey Law Library at Santa Clara University; but Capps Law doesn't cover all relevant aspects of the Complex Judicial System, that needs to be known to successfully navigate this labyrinth

1 of 2

I have also ordered the Federal Rules of Court / Procedure (Civil) / Evidence from the US Printing Office.

I am unable to function in Court without this information, please postpone any pending deadlines for a month, maybe two months if that's not asking too much, and any other ride you deem necessary.

THANK YOU

Sincerely,

Charles Walton F98589

Avenal State Prison
P.O. Box L
Avenal, Ca 93204

The Opened Book(s), and the knowledge therein, cures illiteracy and the adverse effects of ignorance.

I'm not asking that you do the work for me, only that I be afforded the tools to complete the job myself.

Please Help

2 of 2