December 26, 2007

Case No. CV-07-03246-SBA

Charles Walton F48589
Avenal State Prison
PO Box 8
Avenal, Ca 93204

pro se

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Cal. Nor Dis (Oakland)
1301 Clay St., Suite 400 S
Oakland, Ca 94612-5212

FILED
2007 DEC 31 PM 3:33
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

Re: Enclosures mailed along with Forma Pauperis filed on 8-14-07.

Clerk Wieking,

Sir, on the above stated date, I enclosed an envelope showing that the forma pauperis returned for insufficient post.

I need a copy of [T]hat envelope; for use as evidence to support my grievance concerning the refusal to provide an indegent the postage required for legal documents.

Thank You, For Your Time and Consideration.

Happy New Year

Respectfully Submitted

CHARLES WALTON F48589
pro se

Plaintiff's
Copy

October 3, 2007

Office of The Clerk
U.S. Nor. Dis. Crt. of Cal.
450 Golden Gate Avenue
San Francisco, Ca 94102

Ref: CV-07-03246-SBA
Walton v. CDCR et al.

Is this filing stamp from Your Court or others? This stamp is [BLACK] as well. Nor does the Font match Previouse Stamp Fonts

RECEIVED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Subject: Filed Documents

To The Clerk

Please be advised and duely informed I am a California State Prisoner incarcerated at Avenal State Prison of Kings County.

If available, please forward a copy/listing of all Court Documents and Letters filed in regard to the above mentioned Case and Case Status.

Thank You, For your time.

Sincerely

Charles Walton F-15589
P.O. Box 7
Avenal, Ca 93204

CHARLES WALTON F48589
AVENAL STATE PRISON
PO Box 8
Avenal, Ca 93204

**AVENAL STATE PRISON**

Legal 12/21

NO FUNDS
FACILITY III
AVENAL STATE PRISON
049J8204865
$00.410
Mailed From 93204
12/27/2007
US POSTAGE

LEGAL MAIL
DEC 2 7 2007
AVENAL STATE PRISON
MAILROOM

OFFICE OF THE CLERK
USDCt. Cal ND Dis (Oakland)
1301 Clay St., Suite 400S
Oakland, Ca 94612-5212

**Confidential**