CHARLES WALTON E48589
AVENAL STATE PRISON
PO Box 8
Avenal, Ca 93204
pro se

FILED
JAN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

CHARLES WALTON Jr.,
   Plaintiff,

V

CALIFORNIA DEPARTMENT of CORRECTION
AND REHABILITATIONS,
NICK DAWSON, (A)Warden,
AVENAL STATE PRISON, et al.,
   Defendant(s).

Case(s) No. CV-07-03246-SBA;
CV-07-05580-SBA

NOTICE AND AUTHORIZATION TO ACT ON BEHALF OF PLAINTIFF IN ABESENCE, INCAPACITY AND OR DEATH

Date: January 6, 2008
Dept:
Judge: THE HONORABLE SAUNDRA BROWN ARMSTRONG

TO: The HONORBLE COURT In The Entitle Cause(s)

   Authorization to Act in All Ongoing Legal Affairs, Matters and/or to Initiate legal actions on the Behalf of Plaintiff.
   This form or a copy (photocopy) thereof shall Authorize Mattie Lee Sango (Plaintiff's Mother) to Act on the behalf of Charles Everett Walton Jr., in case of My absence, incapacity/Death, in All Ongoing Legal Affairs/Matters/Proceedings.
   I, Charles Everett Walton Jr., submit this Notice and Authorization to this Honorable Court to be acted on, in My absence, incapacity/death and I hereby further request that Mattie Lee Sango be dualy Notified prior to the dismissal of any of My Legal Affairs.

3¢4

If this Court should ever find reason to act on this Authorization, Please Notify Mattie Lee Sango at:

Mattie Lee Sango
503 Chyrl Way
Suisun City, Ca 94585
Phone # (707) 421-1218

This Authorization shall be in effect and valid from the date of signature and the affixation of the right and left Thumb Print of Charles Everett Walton Jr., until such time as Its Withdrawl.

I, Charles Everett Walton, declare under Penalty of Perjury the foregoing to be True and Correct and made in My Free Will.

Executed this Sixth day of January year Two Thousand, Eight, at Avenal State Prison in Kings County of California.

Date: January 06, 2008

Signature
Charles Everett Walton Jr.
Print Name

F48589
CDCR Number

Right Thumb Print

Left Thumb

Respectfully Submitted

Charles Walton F48589

4 of 4

January 6, 2008

Richard W. Wieking
Office of The Clerk, U.S. Dis. Ct.
Nor. Dis. of California
1301 Clay St, Suite 400 S
Oakland, Ca 94612-5212

Re: Walton v. CDCR, CV-07-03246-SBA; CV-07-05580-SBA

Sub: The hereinclosed document/notice and authorization

To Clerk Richard W. Wieking

Sir, Please forward a stamped filed copy of the document/letter herein to Mattie Lee Sango and myself, at your earliest convinience; keep the original.

I have provided two self-addressed envelopes to aide in this process.

Thank You, For Your Time and Consideration

Respectfully

Charles Walton F48589

2 of 4

## PROOF OF SERVICE BY MAIL BY PRISONER "IN PRO PER"

I hereby certify that I am over 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:

Charles Walton F48589, Avenal State Prison, PO Box 8, Avenal Ca 93204

On the "date" specified below, I served the indicated document on opposing counsel in this action at their business address by (check one):

[ ] Giving the document to a correctional officer with directions to file the document with the court ("prison mailbox rule")

[✓] Placing the document in an envelope, which was then sealed and postage fully paid thereon, and thereafter I caused the document to be mailed by first-class mail, with postage affixed.

Case Name: Walton v CDCR, CV-07-03246-SBA; CV-07-05580-SBA

Date: January 6, 2008

Document(s) Served (check one or both):

[ ] Petition for Writ of Habeas Corpus

[✓] Others (list):

Notice and Authorization for Mattie Lee Sango to act on behalf of Plaintiff in his Absence, Incapacity and or Death, in All of His Legal Affairs.

Service Upon (opposing counsel's name and address):

Mattie Lee Sango (Plaintiff's Mother), 503 Chyrl Way, Suisun City, Ca 94585

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Avenal State Prison, Avenal (city), California.

PRINTED NAME: Charles Walton Jr.

SIGNATURE: [signature]