NO FUNDS
FACILITY III
049 AVENAL STATE PRISON

$00.580
01/07/2008
Mailed From 93204
US POSTAGE

neopost

CHARLES WALTON F48589
Avenal State Prison
PO Box 8
Avenal, Ca   93204

AVENAL STATE PRISON LEGAL MAIL

JAN 7 2008

AVENAL STATE PRISON
MAILROOM

Confidential

LEGAL MAIL

Office of The Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, Ca   94612-5212

94612=3217  0037