FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

3-16-08

Mr. or Mrs. Clerk,

    I am a part of a case that is being handled in your court. Case # C-07-3246-SBA (PR), my claim # is 6571144. I would like to know the status of the case at this point.

    I would very much appreciate any information that you can send to me, so that I may let my wife know what is going on. Thank you for your time and help in this matter.

Sincerely,
Charles Detzel

CHARLES DETZEL J-99693
P.O. Box 9              450-2-21Low
AVENAL, CA.             93204

RECEIVED
SBA
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AVENAL STATE PRISON

NORTHERN DISTRICT COURT
CLERK OF THE COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102