Philip J. Greene
T-98702/B-2-50
Golden State MCCF
P.O. Box 1577
McFarland, CA. 93250

**FILED**

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO THE CLERK OF THE COURT;    3/18/08

I am a party of the Walton et. al., class action case # C-07-3246-SBA (PR) as filed in the Northern District Court and as noted with the California Government Claims Program as claimant G570595.

I am requesting a status as to the progress of this case and would like to receive copies of all documents filed, including exhibits.

Please let me know how I may obtain these documents.

With much appreciation.

Sincerely;

[signature]

Philip J. Greene,
Claimant &
Party to Action.