*Envelope image:*

Return address:
PHILIP J. GREENE
T-98762 / B.2.50
GOLDEN STATE MCCF
P.O. BOX 1577
MCFARLAND, CA. 93250

CASE # C-07-3246-SBA(PR)

LEGAL MAIL

Postmark: BAKERSFIELD CA 933 / MOJAVE CA / 18 MAR 2008 PM 1 L

Addressee:
UNITED STATES DISTRICT COURT-
NORTHERN DISTRICT OF CALIFORNIA
ATTN: CLERK OF THE COURT
450 GOLDEN GATE AVE., 16TH FL.
SAN FRANCISCO, CA. 94102

94102+3651 C004

Stamp: "LET US DARE TO READ, THINK, SPEAK AND..." John Adams, 1765