CHARLES WALTON F48589
AVENAL SP. 140-2-11up
PO Box 9
Avenal, Ca 93204-0009

APRIL 16, 2008
REF: CV-07-03246-SBA

OFFICE OF THE CLERK
US NOR DIS CRT OF CAL. OAK DIV
1301 CLAY ST
OAKLAND, CA
Attn: FORMS/DOCUMENTS



FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RESPECTABLE CLERK

Sub: ADDING PARTIES TO A SUIT

PLEASE BE ADVISED AND DULY INFORMED I AM A CALIFORNIA STATE PRISONER INCARCERATED AT AVENAL STATE PRISON AT KINGS COUNTY.

IS THERE A SPECIFIC FORM FOR ADDING PARTIES TO A SUIT? IF THERE IS, COULD YOU PLEASE FORWARD TWO AT YOUR CONVINIENCE?

IF NOT, COULD YOU PLEASE CITE THE RULES GOVERNING THIS PROCEDURE?

Thank you for your Time and Consideration

SINCERELY
CHARLES WALTON F48589

Avenal SP. 140-2-11u
PO Box 9
Avenal, Ca 93204-0009

CHARLES WALTON F48589
AVENAL SP, 140-2-11 UP
PO Box 9
Avenal, Ca   93204-0009

LEGAL MAIL

AVENAL STATE PRISON

OFFICE OF THE CLERK
US NOR. DIS CRT OF CAL. OAK DIV
1301 CLAY ST 400 S
OAKLAND, CA 94612

LEGAL MAIL
APR 17 2008
AVENAL STATE PRISON
MAILROOM

54612-3525 0097

neopost
Mailed From 93204
04/17/2008
$00.58⁰
US POSTAGE
049J82042606

Legal Mail