APRIL 21, 2008

IV#: CV-07-03246-SBA; WALTON V. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHAB et al

OFFICE OF THE CLERK
US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212



RESPECTABLE CLERK:

SUB: Recent Inquiries in the above cited case by Charles Detzel (filed 3/19/08 Doc#14) and Philip J. Green (filed 3/20/08 Doc#15)

I have RECIEVED A DOCKET REPORT SHOWING TWO RECENT INQUIRIES FROM THE ABOVE MENTIONED INDIVIDUALS.

PLEASE FORWARD ME A COPY OF THEIR LETTERS OF THIER EARLIEST REQUEST/LETTERS AT YOUR EARLIEST CONVINIENCE

ALSO PLEASE NOTE MY CDC# (F48589) below.

Thank You for Your Time and understanding in this matter.

SINCERELY

CHARLES WALTON F48589
Pro se

Avenal SP
PO Box 8
Avenal, Ca 93204-0008

CHARLES WALTON F46589
Avenal SP 140-2-11
PO Box 9
Avenal, Ca 93204

LEGAL MAIL
APR 2 2 2008
AVENAL STATE PRISON
MAILROOM

Office of The Clerk, US District
Northern District of California
1301 Clay Street, Suite 1008
Oakland, Ca 94612-5212

AVENAL STATE PRISON

US POSTAGE $00.41
Mailed From 93204
04/22/2008
049J82042606
neopost