CHARLES WALTON F48589
Avenal State Prison
PO Box 8
Avenal, Ca  93204-0009

pro se

APRIL 24, 2008

REF: CIVIL ACTION: CV-07-03246-SBA

**FILED**
APR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK, U.S. DISTRIC COURT
NORTHERN DISTRICT OF CALIFONIA, OAKLAND DIVISION
1301 CLAY STREET, SUITE 400 S
OAKLAND, CALIFORNIA  94612-5212



RESPECTABLE CLERK

SUB: Obtaining a filed copy of the herewith enclosed MOTION

Please forward a filed copy of the herewith enclosed Motion and exhibits.

Defendants of the above entitled case, have and are actively denieing me access to the proper resources/Legal Materials to prepare documents for Court (see the hereinclosed motion). Nor am I allowed access to stationary (STAMPS) supplies; so I am currently unable to provide copies nor stamped addressed envelopes to confirm the fileing of documents.

Thank you for time and understanding in the above stated Matters. I look forward to recieving the requested documents at your convinience.

Respectfully
_____
CHARLES WALTON
F48589

pro se

*NOTE* Please verify CDCR #. The last correspondance recieved it was incorrect.