1  CHARLES WALTON F48589
   AVENAL SP
2  PO Box 8
   Avenal, Ca  93204-0009
3
   pro se
4

5

6  UNITED STATES DISTRICT COURT

7  FOR THE

8  NORTHERN DISTRICT OF CALIFORNIA

9  OAKLAND DIVISION

10

11

12 CHARLES WALTON,
           Plaintiff,
13

14      v.

15 CALIFORNIA DEPARTMENT OF

16 CORRECTIONS AND REHABILITATION
           Defendant(s)
17

18 NICK DAWSON

19 Avenal State Prison (ASP) et al

20 _____

**FILED**
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. CV-07-03246-SBA

NOTICE OF MOTION AND MOTION FOR COURT ORDER FOR CDCR AND ASP OFFICIALS TO RETURN PLAINTIFF'S LEGAL DOCUMENTS/MATERIALS PURSUANT CCR §§ 3164(a)(b) AND 3331(j); and SUPPORTING DECLARATION

21

22      TO. THIS HONORABLE COURT IN THE ABOVE ENTITLED MATTER, THE
23 NAMED PLAINTIFF, CHARLES WALTON, HEREBY HUMBLY REQUEST AN
24 ORDER BE ISSUED TO CDCR ASP OFFICIALS TO COMPLY WITH THEIR
25 OWN CALIFORNIA CODE OF REGULATIONS TITLE 15 AND RETURN
26 PLAINTIFF'S LEGAL DOCUMENTS AND LEGAL MATERIALS PURSUANT
27 CCR §§ 3164(a)(b) and 3331(j).
28      THIS MOTION IS BASED ON THE HEREIN/BELOW CITED REGULATIONS,

187

1. AUTHORITIES, DECLARATION AND THE SUPPORTING EVIDENCE.
2. Date: APRIL 23, 2008                    RESPECTFULLY SUBMITTED.
3.
4.                                          CHARLES WALTON F48589
5.
6. FACTS
7. 1. I WAS ASSIGNED TO ADMINISTRATIVE SEGREGATION APRIL 2, 2008,
8. at which time all my property was confiscated including all legal documents.
9. 2. I have made several request to (see Exhibit A (Personnal Dayly Log))
10.     • OFFICER FISHER (see Exhibits A+B)
11.     • OFFICER SAMUEL
12.     • OFFICER DOE "R" (I COULDN'T READ HIS NAME TAG-IT WAS COVERED)
13.     • OFFICER AQUINAGA
14.     • OFFICER CATEREZ
15.     • OFFICER FUNGECESS
16.     • OFFICER OLSEN
17.     • SERGEANT CLINTON
18. 3. I am a Layman and I am unable to aduquately prepare Pleadings, Briefs
19. and Motions without the request materials/books/documents.
20. I, CHARLES WALTON. Declare PER 18 USC §1746 and UNDER THE PENALTY OF
21. THAT ABOVE STATED IS TRUE AND CORRECT.
22. Dated APRIL 23, 2008                   RESPECTFULLY SUBMITTED.
23.
24.                                          CHARLES WALTON F48589
25.
26. THE DEFENDANTS IN THE ABOVE STATED MATTER HAVE A PRESENT AND Clear
27. MINSTERIAL DUTY TO COMPLY WITH THE U.S. and CALIFORNIA CONSTITUTIONS;
28. as well as THEIR OWN CCR's; AND AT ALL RELEVANT TIMES MENTIONED

1. HEREIN THIS MOTION, HAS AND CONTINUES TO HAVE THE ABILITY TO PROVIDE THE
2. REQUESTED LEGAL RESOURCES ~~BUT~~ HAS FAILED AND REFUSED TO DO SO
3. IN DOING SO THE PLAINTIFF (I AM) IS BEING DEPRIVED OF THE RIGHT TO
4. REDRES AND OF FREEDOM OF SPEECH.
5. HOWEVER IN WHATEVER MANNER/FORM EXECUTED, CENSORSHIP IS
6. UNAMERICAN, AND IN THIS CASE AN OBSTRUCTION OF JUSTICE.
7. <u>PRAYER FOR RELIEF</u>
8. WHEREFORE, I, THE NAMED ABOVE PLAINTIFF, Prays THIS HONORABLE
9. COURT GRANT THE RELIEF SOUGHT BY ORDERING THE DEFENDANTS
10. TO COMPLY WITH THEIR OWN CCRs and STATE and FEDERAL
11. LAWS, and RETURN PLAINTIFF'S LEGAL DOCUMENTS/MATERIALS/BOOKS
12. /MAIL TO ENSURE Adequate Access to THE COURTS and THE ABILITY
13. to EFFECTIVELY LITIGATE THE ISSUES RAISED THEREIN/TO BE
14. RAISED THEREIN.
15. <u>VERIFICATION</u>
16. I, CHARLES WALTON, THE ABOVE NAMED DECLARENT, HAVEING READ
17. THE ABOVE STATEMENTS, DECLARATION ATTACHED EXHIBITS "A" and "B", AND
18. ALL MENTIONED THEREIN, HEREBY VERIFY PURSUANT TO 18 USC §1746
19. THAT ALL OF THE FOREGOING and ATTACHMENTS ARE TRUE AND
20. CORRECT.
21. EXCUTED THIS 23RD DAY OF APRIL, 2008 AT AVENAL STATE PRISON
22. AT KINGS COUNTY IN CALIFORNIA.
23. Date: APRIL 23, 2008          RESPECTFULLY SUBMITTED
24.                               _____
25.                               CHARLES WALTON
                                  F48589
26.
27. Attachments: Exhibit A        PrO Se
28.              Exhibit B

Personal Dayly Log

EXHIBIT A.

# Personal Daily Log

**4/2/08** — Attacked by Officer Blackethu + Sergeant
- Threatened by 140 Bld C/O Fondgeoso ("We have a greenlight on you")

**4/6/08** — Outbox: Request for Property to Fisher; In Box: Certified Trust Statement to C/O Doe

**4/11/08** — 1st Watch: C/C Samuel B4 Lunch, when asked for property and rules governing the release of property after being here for 10 days. He said "15 days this is the 1st I've heard of it all. Be careful."
- C/O Doe "A" Refused to acknowledge request for request slip for property
- "B" I requested form to get property. "Tomorrow", he said.

**4/12/08** — 1st Watch: C/O Doe "A" During lunch was informed of my need to access legal mail in property to be mailed to court. He said Officer Fisher on Monday the 14th will pull me out and go through property to get.

**4/13/08** — Outbox: Kern County Super Court - Request for Criminal Complaint Form, Director of Corrections/Tilton, J.E. - 602 Denial of Legal Property
- (*NOTE*) Spoke with Officer J. Olson regarding times for Legal Mail while he was passing out dinner. He said 9 tonight

**4/14/08** — 1st Watch: Fungess - Informed me that I am only eligible to access my legal material (contradicting CCRs §§ 3160 et seq + 3164 et seq) and that he will not provide my request and to ask Fisher tomorrow.
- 1st Watch: Srg Clinton: He told me to speak to Officer Contrerez (Caterez) the property officer for the day.
- 2nd Watch: Officer Caterez - said, "I'm not the Property Officer" when my bunky Mccoy/Tanksley requested our property.
- Officer Olsen: said he would check with the Sergeant to get my legal materials for court... The Sergeant said to wait for Fisher
- Outbox: Fresno DB Crt (Request for Habeas Corpus and Release Efct) to [Olsen] see above @ 4/13/08

**4/15/08** — 1st Watch: Psyche Tech - Said, Sergeant King said for them not to forward letters from inmates to their psyche case load workers.
- C/O Fisher - I informed of need to access legal materials to get paperwork to court. Said he would look into getting my property.

**4/16/08** — 1st Watch: C/O Fisher - Asked while he was picking up breakfast trays if I could get my property. He said put in a GA-22 form. I told him I have put in two he I was only supposed to put in one.
- Out Box: NCA Disch. T (Request for Form to Add Parties) [C/O Cardwell]

**4/17/08** — 1st Watch: C/O Fisher - I specifically informed him I have legal mail and documents in my property that are due at court
- Psyche Vinetta Scalone. Gave her a copy of my statement

**4/20/08** — Outbox: Prison Law Office (Request for 1983, Habeas, 602 and CDVIS @ BPH)
(*NOTE* J. Olsen finally gave me blanket. After I asked Officer Washington during Linen exchange)

5/7

4/21/08 – 1ST WATCH: LT RICHARDS – Conduct 115 HEARING. SHE REDUCED IT TO DIV. "D" WITH A GUILTY FINDING.

- IN BOX: Nor Dis Crt (Post Voted 4/14/08)
  602 ASP-M-08-00518 (voted 4/2/08)
  R. Navarro, Lit Coordinator RESPONSE TO NOTICE OF GABRIELA RESNDEZ UNPROFESSIONALISM

- OUT BOX: NOR DIS CRT (Request For Letters from Charles Dekzel at Doc#14
  Phillip GREENE at Doc# 15)

4/22/08 – 1ST WATCH: C/O FISHER – GAVE HIM A GA-22 for PROPERTY SPECIFYING LEGAL WORK TO BE FILED

4/23/08 – 1ST WATCH: C/O FISHER – IGNORED MY REQUEST FOR MY PROPERTY.

GA-22 FORM

EXHIBIT B

687

| STATE OF CALIFORNIA GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| DATE 4-11-08 | TO OFFICER FISHER | FROM (LAST NAME) WALTON | | CDC NUMBER F-46589 |
| HOUSING 140-2-110 | BED NUMBER 110 | WORK ASSIGNMENT Unassigned (watching the Sun Rise & Set) | JOB NUMBER FROM N/A | TO (86 ed) |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) N/A | | | ASSIGNMENT HOURS FROM N/A | TO (ALL DAY) |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

May I have my property? To get legal paperwork for court and attorney.

INTERVIEWED BY S. FISHER                                           DATE 4/23/08
DISPOSITION YOUR PROPERTY IS NOT IN AD-SEG.

7of7

