Cholys Walton F42589
ASP
PO Box 8

May 1, 2008

OFFICE of The Clerk
US N.D. Crt of Cal, Oak Div
1301 Clay St, Suite 400 S
Oakland, Ca 94612-5212

CIV ACT: CV-07-03246-SBA

Re: ASP OFFICIALS Ongoing Deprivation of Plaintiff's 1st Amend Cons. Rights

[DEFENDANT(S) copy - ASP et al Lattin Cap Hime]

FILED
MAY -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Respectable Clerk

Sub: The denial of access to Plaintiff's Personal Legal Books/Documents/Exhibits/Evidence/Envelopes/Plea Paper, Other Supplies and to State Provided Resources that are afforded other inmates being Housed @ ASP's ASU

Plaintiff, hereby humbly request, with regard to the herein stated Matters, that this Honorable Court, Hear Plaintiff's recently filed Motion as expeditiously as possibly and grant Plaintiff's prayer.

CDCR's ASP Officials are withholding Plaintiff's Legal Documents, Books, Exhibits and Evidence (Pertaining to this Case and other); and Denying the Plaintiff access to State Provided Legal Resources.

Plaintiff has made several verbal and written request to ad seg HU-140 Officers since placement on 4/2/08 to C/O(s): Sergeant Clinton, Ferguson, Fisher, Acuinager, Haskel and other Does on the morning/afternoon shift. Plaintiff also sent request to ASP's Fac 3's LT(s) Bear and Richards, and The Warden, James D.H.; and a 602 (Grievance) to CDCR's secretary, James E Tilton.

CDCR AND ASP's OFFICIALS have known of Plaintiff's legal pursuit since July 18, 2007 and have directly, indirectly, Failed to, Act in retaliation against Plaintiff for ever exercising His 1st Amendment Cons Rights.

(over)

This is an urgent and desperate Plea for help as the defendants willfull deliberate disregard of an americans constitutional protected Rights and has a chilling affect on plaintiffs ability to adequately and effectively litigate this case; and their actions are a blatant obstruction of the justice being sought before this honorable court.

Date: May 1, 2008

Respectfully Submitted

Charles Walton F48585

pro se

CC: US Nor. Dis. Crt. Cal.
    Defendant - ASP et al (Cap. Artino)
    Plaintiff - CHARLES WALTON

OAKLAND
NORTHERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
RICHARD W. WIEKING
MAY - 7 2008
FILED