CHARLES WALTON F48589
AVENAL SP
PO BOX 8
AVENAL, CA 93204

MAY 1, 2008

OFFICE OF THE CLERK
US DIS CRT OF CAL., OAK DIV
1301 CLAY ST, SUITE 400 S
OAKLAND, CA 94612-5212

CIV ACT: CV-07-03246-SBA
Re: ASP OFFICIALS ONGOING DEPRIVATION OF PLAINTIFF's 1st Amend. Con Rights

FILED
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RESPECTABLE CLERK

SUB: THE DENIAL OF ACCESS TO PLAINTIFF'S [P]ERSONAL LEGAL BOOKS/DOCUMENTS/EXHIBITS/EVIDENCE/ENVELOPES/PLEA PAPER, OTHER SUPPLIES, AND TO STATE PROVIDED RESOURCES THAT ARE AFFORDED [O] THER INMATES BEING HOUSED @ ASP's ASU; AND SUCH ACTS ARE A DENIAL OF EQUAL PROTECTION OF THE LAW

PLAINTIFF, HEREBY HUMBLY REQUEST, WITH REGARD TO THE HEREIN STATED MATTERS, THAT [T]HIS HONORABLE COURT, HEAR PLAINTIFF's RECENTLY FILED MOTION AS EXPEDITIOUSLY AS POSSIBLE, AND GRANT PLAINTIFF's PRAYER.

CDCR's ASP OFFICIALS ARE WITHHOLDING PLAINTIFF's LEGAL DOCUMENTS, BOOKS, EXHIBITS AND EVIDENCE (PERTAINING TO THIS CASE, AND ANOTHER); AND DENIEING THE PLAINTIFF ACCESS TO STATE PROVIDED LEGAL RESOURCES.

PLAINTIFF HAS MADE SEVERAL VERBAL AND WRITTEN REQUEST TO AD SEG. HOUSING UNIT (HU) 140 OFFICERS SINCE PLACEMENT ON 4/2/08 TO C/O(s): SERGEANT CLINTON, FUNGECESS, FISHER, AQUINAGA, HASKELL AND OTHER DOES ON THE MORNING/AFTERNOON SHIFT. PLAINTIFF ALSO SENT REQUEST TO ASP's FAC. 3's LT(s) BEAR AND RICHARDS, AND THE WARDEN, JAMES D. HARTLEY; AND SENT A 602 (GRIEVANCE) TO CDCR's SECRETARY, J.E. TILTON.

CDCR AND ASP's OFFICIALS HAVE KNOWN OF PLAINTIFF's LEGAL PURSUIT SINCE JULY 18, 2007, AND HAVE EITHER DIRECTLY, INDIRECTLY/FAILED TO, ACT(ED) IN RETALIATION AGAINST THE PLAINTIFF FOR EXCERCISING HIS 1st AMENDMANT CONSTITUTIONAL RIGHTS.

THIS IS AN URGENT AND DESPERATE PLEA FOR HELP, AS THE DEFENDANT(S) WILLFULL DELIBERATE DISREGARD OF AN AMERICAN's CONSTITUTIONAL PROTECTED RIGHTS, HAS A CHILLING AFFECT ON PLAINTIFF's ABILITY TO ADUQUATLY AND EFFECTIVELY LITIGATE THIS CASE; AND THEIR ACTIONS ARE A BLATANT OBSTRUCTION OF THE JUSTICE BEING SOUGHT BEFORE THIS HONORABLE COURT.

Date: MAY 1, 2008

RESPECTFULLY SUBMITTED

CHARLES WALTON F48589
pro se

CC: US NOR DIS CRT CAL.
DEFENDANTS- ASP et al (CAP. ARLINE)
PLAINTIFF - CHARLES WALTON

CHARLES WALTON F48589
AVENAL SP, 140-2-11
PO Box 9
Avenal, Ca 93204-0009

LEGAL MAIL
MAY 5 2008
AVENAL STATE PRISON
MAILROOM

FRANK Jr
USA 41

Gregory Clerk, U.S. Dis. Ct
Nor Dis. Ct of Cal., Oak Div
1301 Clay St., Suite 400s
Oakland, Ca 94612-5212

AVENAL STATE PRISON
LEGAL MAIL
LEGAL MAIL