CHARLES WALTON F48589
AVENAL S.P.
PO BOX 8
AVENAL, CA 93204

MAY 1, 2008

**FILED**
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK
US DIS. CRT of CAL, OAK. DIV.
1301 CLAY ST., Suite 400S
OAKLAND, CA 94612-5212

CIV ACT.: CV-07-03246-SBA

Re: ASP OFFICIALS ONGOING DEPRIVATION OF PLAINTIFF's 1st Amend. Con. RIGHTS

RESPECTABLE CLERK

SUB: THE DENIAL OF ACCESS TO PLAINTIFF'S [P]ERSONNAL LEGAL BOOKS/
DOCUMENTS/EXHIBITS/EVIDENCE/ENVELOPES/PLEA PAPER, OTHER
SUPPLIES AND TO STATE PROVIDED RESOURCES THAT ARE AFFORDED
[O]THER INMATES BEING HOUSED @ ASP's ASU.

PLAINTIFF, HEREBY HUMBLY REQUEST, WITH REGARD TO THE HEREIN STATED
MATTERS, THAT [T]HIS HONORABLE COURT, HEAR PLAINTIFFS RECENTLY FILED
MOTION AS EXPEDITIOUSLY AS POSSIBLE AND GRANT PLAINTIFF's PRAYER.

CDCR's ASP OFFICIALS ARE WITHHOLDING PLAINTIFF'S LEGAL DOCUMENTS,
BOOKS, EXHIBITS AND EVIDENCE (PERTAINING TO THIS CASE, AND ANOTHER); AND
DENIEING THE PLAINTIFF ACCESS TO STATE PROVIDED LEGAL RESOURCES.

PLAINTIFF HAS MADE SEVERAL VERBAL AND WRITTEN REQUEST TO AD SEG HOUSING
UNIT (HU) 140 OFFICERS SINCE PLACEMENT ON 4/2/08 TO C/O(s): SERGEANT
CLINTON, FONGECESS, FISHER, ARDINAGA, HASKEL AND OTHER DOES ON THE
MORNING/AFTERNOON SHIFT. PLAINTIFF ALSO SENT REQUEST TO ASP's FAC 3's
LT(s) BEAR AND RICHARDS; AND THE WARDEN, JAMES D. HARTLEY; AND A 602 (GRIEVANCE)
TO CDCR's SECRETARY, JAMES E TILTON.

CDCR AND ASP's OFFICIALS HAVE KNOWN OF PLAINTIFF's LEGAL PURSUIT SINCE
JULY 18, 2007, AND HAVE DIRECTLY, INDIRECTLY/HAVE FAILED TO, ACT IN
RETALIATION AGAINST PLAINTIFF FOR EXERCISING HIS 1st AMEND. RIGHTS.

THIS IS AN URGENT AND DESPERATE PLEA FOR HELP, AS THE DEFENDANT(s) WILLFULL
DELIBERATE DISREGARD OF AN AMERICANS CONSTITUTIONAL PROTECTED RIGHT
HAS A CHILLING AFFECT ON PLAINTIFFS ABILITY TO ADOUATELY AND EFFECTIVELY
LITIGATE THIS CASE; AND THEIR [A]CTIONS ARE A BLATANT OBSTRUCTION OF
THE JUSTICE BEING SOUGHT BEFORE THIS HONORABLE COURT.

Date: MAY 1, 2008

RESPECTFULLY SUBMITTED

Charles Walton F48589

pro se

CC: US Nor. Dis Crt Cal.
DEFENDANT - ASP et al (Cap. Adino)
PLAINTIFF - CHARLES WALTON