CHARLES WALTON F48589
Avenal SP
PO Box 8
Avenal, Ca 93204

MAY 1, 2008

Ref: CV-07-03246-SBA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400 S
OAKLAND, CA 94612-5212


FILED
MAY -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RESPECTABLE CLERK

SUB: THE HEREINCLOSED ENVELOPE WITH STAMPED NOTICE OF RECENT CASH DEPOSIT TO PLAINTIFFS TRUST ACCOUNT

THIS NOTICE IN REGARD TO THE ABOVE STATED SUBJECT MATTER, FOR A DEPOSIT OF $100.00; AND THE COURTS ORDER FOR/TO AVENAL STATE PRISON OFFICIALS, TO PROVIDE THE COURT WITH (I BELIEVE) AN INTITIAL FILEING FEE OF $8.00 UPON THE RECEIPT OF EA7NY FUNDS DEPOSITED TO PLAINTIFFS ACCOUNT.

PLEASE NOTIFY UPON RECIEPT OF SAID INITIATION FEE.

Thank You for Your Time and Understanding in this matter

Respectfully

Charles Walton F48589
pro se

Please forward a copy of this Notice (Stamped Filed)
I Have provided a Self Addressed Stamped Envelope



