APRIL 9, 2008

OFFICE OF THE CLERK
US NOR DIS CRT OF CAL
1301 CLAY ST, SUITE 400S
OAKLAND, CA 94612-5212

CIV ACTION CV-07-03246-SBA

REG: UNANSWERED CORRESPONDENCES

FILED
2008 MAY 12 PM 3:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RESPECTABLE CLERK

GREETINGS, I WRITE WITH CONCERN OF [S]EVERAL UNANSWERED CORRESPONDENCES (LETTERS, MOTION, 1ST AMEND COMPLAINT ect) DATING BACK TO APRIL 17, 2008.

I HAVE WRITTEN THE COURT DOCUMENTS 7 TIMES SINCE THEN; AND PROVIDED SELF ADDRESSED STAMPED ENVELOPES FOR YOUR REPLY.

NORMALLY IT ONLY TAKES 6 TO 10 DAYS TO RECIEVE THE COURTS REPLY/RESPONSE/FILED DOCUMENTS.

THIS DELIMA IS RATHER DISTURBING CONSIDERING, I CAN'T EVER REMEMBER THE POSTAL SERVICE LOOSING MY MAIL NOR THE COURT FAILING TO RESPOND.

IF THE CLERKS OFFICE HAS RECIEVED OR NOT RECIEVED THE AFORE 7 ARTICLES OF MAIL PLEASE NOTIFY ASAP.

Thank You For Your Time and Understanding in this Matter.

Sincerely

CHARLES WALTON F48589
OTO 84
AVENAL STATE PRISON
PO BOX 9, 140-1-14
Avenal, Ca 93204-0009

