James W. Brammer, C-59515
410-2-22L
P. O. Box  9
Avenal, California
      93204-0009

FILED

08 MAY 30 PM 4:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON and The Inmates at AVENAL STATE PRISON, and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>    Defendants. | CASE NO. CV-07-03246-SBA<br><br>CIVIL ACTION<br><br>MOTION FOR JOINDER OF CLAIMS AND REMDEIES<br><br>Pursuant to Fed. Rules of Civ. Pro., rule 19(a), and rule 23(a), and 42 U.S.C. § 1983 & 28 U.S.C. § 1367 |

    Plaintiffs' are all California State Prisoners incarcerated at Avenal State Prison, in Kings County with the Department of Corrections and Rehabilitation, who operates the Correctional facilities that are the subject of the claims against it for violations of the Eighth and Fourteenth Amendments to the United State Constitution.

    The prosecution of separate actions by or against individual members of the class which would establish incompatible standards of conduct for the party opposing the class, or adjudications with

ORIGINAL

respect to individual members of the class which would as a practical matter be dispositive of the interests of other members not parties to the adjudication or substantially impair or impede their ability to protect their interests; or

the party opposing the class has acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole; or

in this case the Court will find that there questions of law and facts common to the members of the class predominant over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

The matters pertinent to the findings include: (A) the interest of the class in individually controlling the prosecution or defense of separate actions; (B) the extent and nature of any litigation concerning the controversy already commenced by or against members of the class; (C) the desirability or undesirability of concentrating the litigation of the class in the particular forum; (D) the difficulties likely to be encountered in the management of a class action.

Notice of Joinder and Membership in Class, One or more members of a class may sue or be sued as respresentative parties on behalf of all only if (1) the class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the class; (3) the class of defenses of representative parties are typical of the class; and (4) the representative parties will fairly and adequately protect the interests of the class.

Plaintiffs and the Class as a whole have Exhausted Administrative Remedies, pursuant to the PLRA 42 U.S.C. § 1997(e), as required. (See: CDCR-Inmates Appeals, Log No. ASP-M-07-01844, Issue: Living Conditions, Warden's response August 9, 2007.)

Plaintiff(s) also filed claims with California Victim Compensation and Government Claims Board, at P. O. Box 3035, Sacramento, California, 95812-3035, cc: Att: Donna Corbin, B-23 Corrections and Rehabilitation, dated October 30, 2007. (VCGCB No. G-571365, Appendix A, at pages 1-3.) The claim was rejected on April 22, 2008. (Appendix A, 4-6.)

Wherefore, Plaintiff prays that this Honorable Court will issue an order of Joinder for plaintiff and his VCGCB-Claim to be herein named Civil Rights Class Action case, so plaintiff's interests may be protected, and Certified as a member of this Federal Civil Rights and Tort-Claims Complaint.

I, the undersigned declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct as to such facts averred upon information and belief, that I am so informed and believe the same to be true and affix my signature hereto.

Executed this 23rd day of May 2008, at Kings County, State of California.

Respectfully Submitted,

/S/ *James Brammer*

JAMES W. BRAMMER
DECLARANT/PLAINTIFF
IN PRO SE

//

# PROOF OF SERVICE BY UNITED STATES MAIL
## (C.C.P. §§ 1013 (a); 2015.5 & 28 U.S.C. § 1747.)

STATE OF CALIFORNIA,   )
                       )
COUNTY OF KINGS        )

I, the undersigned, am a resident of Avenal State Prison, in the County of Kings State of California. I am over the age of eighteen (18) years and am not a party of the entitled action herein. My mailing address is Avenal State Prison, P.O. Box 9, Avenal, California, 93204-0009.

On the 23rd day of May, 2008 I served the following person and parties of the action with:

MOTION FOR JOINDER OF CLAIMS AND REMEDIES Case No. CV-07-03246-SBA

On the parties, person(s) herein with a true copy thereof, enclosed in a sealed envelope with postage fully prepaid thereon in the United States Mail at Avenal State Prison address as follows:

California Department of Justice
Office of the Attorney General
Correctional Law Section
Frances T. Grunder
455 Golden Gate Avenue, No. 11000
San Francisco, California 94102

Mr. J. Hartley, Warden
Avenal State Prison
Administration Building
P. O. Box 8
Avenal, California 93204-0008

There is delivery by United States mail at the place so addressed and/or there is regular communication by mail between the place so addressed. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on 23rd day of May, 2008, at Avenal State Prison.

/S/ _____

CHRIS J. LYNCH

4.

Appendix A

A



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

James W Brammer C59515
PO Box 9
Avenal, CA 93204

March 18, 2008

RE: Claim G571365 for James W Brammer, C59515

Dear James Brammer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 30, 2007.

Your claim is being accepted only to the extent it asserts allegations that arise from facts or events that occurred during the six months prior to the date it was presented.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the April 17, 2008 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G571365 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

**Government Claims Form**

California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 · www.governmentclaims.ca.gov

State of California

For Office Use Only
Claim No.:

## Is your claim complete?

- [ ] **New!** Include a check or money order for $25 payable to the State of California.
- [ ] Complete all sections relating to this claim and sign the form. Please print or type all information.
- [ ] Attach receipts, bills, estimates or other documents that back up your claim.
- [ ] Include two copies of this form and all the attached documents with the original.

## Claimant Information

**1** Last name: Brammer    First Name: James    MI: W
**2** Tel: //////// ///N/A//// ////////
**3** Email: ///////////////////////N/A/////
**4** Mailing Address: 410-2-30L, P. O. Box 9    City: Avenal    State: Calif.    Zip: 93204-0009
**5** Best time and way to reach you: Anytime via United States Mail
**6** Is the claimant under 18?  [ ] Yes  [XX] No   If YES, give date of birth: MM / DD / YYYY

## Attorney or Representative Information

**7** Last name: Bien    First Name: Michael    MI: W
**8** Tel: 415 433 6850
**9** Email:
**10** Mailing Address: 155 Montgomery Street, 8th Floor    City: San Francisco    State: Calif.    Zip: 94104
**11** Relationship to claimant: Armstrong verses Schwarenegger

## Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  [ ] Yes  [XX] No
State agency that issued the warrant:                                                     If NO, continue to Step **13**.
Dollar amount of warrant:         Date of issue: MM / DD / YYYY
Proceed to Step **22**.

**13** Date of Incident: June 13, 2007
Was the incident more than six months ago?  [ ] Yes  [Xx] No
If YES, did you attach a separate sheet with an explanation for the late filing?  [ ] Yes  [ ] No

**14** State agencies or employees against whom this claim is filed:
California Department of Corrections, Avenal State Prison, James Tilton, Secretary of Department of Corrections, Warden Mendoza-Powrers & Swarzenwgger Governor

**15** Dollar amount of claim: 10,000.00 Ten-Thousand-Dollars
If the amount is more than $10,000, indicate the type of civil case:
[XX] Limited civil case ($25,000 or less)
[ ] Non-limited civil case (over $25,000)
Explain how you calculated the amount: Government Code § 810 et seq.
Civil Suite For Money Damages, Pursuant To California Tort Calims Act

2.

## Herein Civil Rights Cases Are Incorporated by Reference:

### Appendix A: Plata v. Schwarzenegger
United States District Court, Northern District of California; Case No. C-01-1351-TEH
Notice of Motion & Motion To Convene A Three Judge Panel To Limit Prison Population.

### Appendix B: Armstrong v. Schwarzenegger
United States District Court, Northern District of California, Case No. C-94-2307-CW-(PR)
Notice of Motion & Motion To Convene A Three Judge Panel To Limit Prison Population.

### Appendix C: Coleman v. Schwarzenegger
United States District Court, Eastern District of California, Case No. CIV-90-0520-LKK-(JFM)
Notice of Motion & Motion To Convene A Three Judge Panel To Limit Prison Population.

 

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

James W Brammer C59515
PO Box 9
Avenal, CA 93204

January 29, 2008

RE: Claim G571365 for James W Brammer, C59515

Dear James Brammer,

Board staff reviewed the claim information and determined that additional information is needed.

Please provide the following information:

Please provide a general description of the injury, damage or loss associated with your claim and the basis for the dollar amounts you have claimed. Please provide copies of any supporting documents.

Please provide a statement which explains why you believe the State of California is responsible for the alleged damages or injuries.

Please explain the circumstances that led to the alleged damages or injuries.

Please return your written response and a copy of this notice to the VCGCB and indicate claim number G571365 on all correspondence. We must receive a written response to this notice before we can process your claim further.

If you have questions about this matter, please mention letter reference 66 and claim number G571365 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

Ltr 14 Additional Informational Request



**C A L I F O R N I A**
**VCGCB**
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

James W Brammer C59515
PO Box 9
Avenal, CA 93204

March 20, 2008

RE: Claim G571365 for James W Brammer, C59515

Dear James Brammer,

You were previously notified that your claim was scheduled to be acted upon by the Board at the meeting on April 17, 2008 at 10:00 a.m. Please be advised that the Board meeting has been rescheduled to April 22, 2008 at 2:00 p.m., in Sacramento.

You will receive written notification of the Board's decision within approximately two weeks following the meeting.

If you have questions about this matter, please mention letter reference 6 and claim number G571365 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,


Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 6 Hearing Dt Chg

5.



GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

James W Brammer C59515
PO Box 9
Avenal, CA  93204

April 30, 2008

RE:  Claim G571365 for James W Brammer, C59515

Dear James Brammer,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on April 22, 2008.

If you have questions about this matter, please mention letter reference 123 and claim number G571365 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,


Darnell Lawrence,  Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See Government Code Section 945.6.  You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

\* \* \* \* \* \* \* \* \*

It is not necessary or proper to include the Victims Compensation and Government Claims Board  (Board) in your court action unless the Board was identified as a defendant in your original claim.  Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection

6.

LEGAL MATERIAL CONFIDENTIAL

James W. Brammer, C-59515
410-2-22L
P.O. Box 9
Avenal, California
93204-0009

RECEIVED
MAY 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Confidential
AVENAL STATE PRISON

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, California
94102-3483

LEGAL MAIL
MAY 2 3 2008
AVENAL STATE PRISON
MAILROOM