**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 6, 2008

District Clerk,
U.S. District, Eastern District of CA (Frenso)
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133          ***AMENDED ***

    RE: CV 07-03246 SBA  CHARLES WALTON-v-CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file document **[1] Complaint**.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

by: *Jessie Mosley*
    Jessie Mosley
    Case Systems Administrator

Enclosures
Copies to counsel of record