**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 6, 2008

District Clerk,
U.S. District Court, Eastern District of CA (Fresno)
1501 Robert E. Coyle
U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721-1318                    \*\*\*AMENDED \*\*\*

RE: CV 07-03246 SBA  CHARLES WALTON-v-CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file document **[1] Complaint**.
- ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: _[signature]_
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record