NAME: David Emmons
CDCR#: E-30529
AVENAL STATE PRISON
P.O. BOX 9
AVENAL, CA 93204
Pro se


FILED
08 JUN 23 PM 1:47

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, and The Inmates at AVENAL STATE PRISON, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AVENAL STATE PRISON, ET AL.,<br><br>    Defendants. | CASE NO.<br>#: CV-07-03246-SBA<br>CIVIL ACTION<br><br>MOTION FOR JOINDER OF CLAIMS AND REMEDIES<br><br>Pursuant to F. R. Civ. P. Rule 19(a), and Rule 23(a), and 42 U.S.C. § 1983, and 28 U.S.C. § 1367. |

    Plaintiffs are all California State Prisons incarcerated at Avenal State Prison at Kings County, with the California Department of Corrections and Rehabilitation, who operates the Correctional facilities that are the subject of the claims against it for violations of the Eighth and Fourteenth Amendment to the United States Constitution.

    The prosecution of separate actions by or against individual members of the class which would establish incompatible standards of conduct for the party opposing the class, or adjudications with respect to individual members of the class which would as a practical matter be dispositive of the interests of the other members not

- 1 -   Original

parties to the adjudications or substantially impair or impede their ability to protect their interests; or

the party opposing the class has acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole; or

in this case the court will find that there are questions of law and facts common to the members of the class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

The matters pertinent to the findings include: (A) the interest of the class in individually controlling the prosecution or defense of separate actions; (B) the extent and nature of any litigation concerning the controversy already commenced by or against members of the class; (C) the desirability or undesirability of concentrating the litigation of the class in the particular forum; (D) the difficulties likely to be encountered in the management of a class action.

Notice of Joinder and Membership in Class. One or more members of a class may sue or be sued as representative parties on behalf of all only if (1) the class is so numerous that joinder of all members is impracticable, (2) there are questions of law or fact common to the class, (3) the class or defenses of the representative parties are typical of the claims or defenses of the class, and (4) the representative parties will fairly and adequately protect the interests of the class.

Plaintiffs and the Class as a hole have Exhausted Administrative Remedies, pursuant to the PLRA 42 U.S.C.A.§ 1997e(a), as required. See(CDCR-Inmates Appeals, Log#: ASP-M-07-01844, Issue: Living Conditions, Warden's response August 9, 2007.)

Plaintiff(s) also filed claims with the California Victim Compensation and Government Claims Board, at P.O. Box 3035, Sacramento, CA 95812-3035. VCGCB#: G-572308, cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin, dated: 10/14/07, 2007.

WHEREFORE, Plaintiff prays that this honorable Court will issue an Order of Joinder for plaintiff and his VCGCB -Claim to the herein named Civil Rights Class Action case, so plaintiff's interests my be protected, and Certified as a member of this Federal Civil Rights and Tort-Claims Complaint.

I, the undersiged declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct as to such facts averred upon information and belief, that I am so informed and believe the same to true, and affix my signature hereto.

Executed this ___16th___ day of ___June___, 2008, at Kings County.

Respectfully submitted,

by: *David Emmons*
Name:

DAVID EMMONS
PLAINTIFF

# PROOF OF SERVICE BY UNITED STATES MAIL
## (C.C.P. §§ 1013 (A); 2015.5 AND 28 U.S.C. § 1747.)

STATE OF CALIFORNIA, )
)
COUNTY OF KINGS )

I, the undersigned, am a resident of Avenal State Prison, in the County of Kings, State of California. I am over the age of eighteen (18) years and am not a party of the entitled action herein. My mailing address is Avenal State Prison, P. O. Box 9, Avenal California, 93204-0009

On the **16th** day of _____**June**_____, 2008, I served the following person and parties of the action with:

**MOTION FOR JOINDER OF CLAIMS AND REMEDIES**

On the parties, person(s) herein with a true copy thereof, enclosed in a sealed envelope with postage fully prepaid thereon in the United States Mail at Avenal State Prison addressed as follows:

Mr. Edmund G. Brown
Attorney General of California
1300 "I" Street, No. 125
Sacramento, California
94244-2550

There is delivery by United States Mail at the place so addressed and/or there is regular communication by mail between the place so addressed. I hereby declare under the penalty of perjury that the foregoing is true and correct

Executed this **16th** day of _____**June**_____, 2008 at Avenal State Prison.

/S/ *James Brammer*

JAMES W. BRAMMER

4.



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

David Emmons E30529
PO Box 9
Avenal, CA  93204

February 29, 2008

RE:  Claim G572308 for David Emmons, E30529

Dear David Emmons,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on
February 21, 2008.

If you have questions about this matter, please mention letter reference 123 and claim number G572308 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,


Laura Alarcòn,  Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc:   B-23 Corrections and Rehabilitation, Attn: Donna Corbin

### Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.   See Government Code Section 945.6.  You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

* * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board  (Board) in your court action unless the Board was identified as a defendant in your original claim.  Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection

James W. Brammer, C-59515
410-2-22L
P. O. Box  9
Avenal, California
        93204-0009

LEGAL MAIL
JUN 2 0 2008
AVENAL STATE PRISON

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, California
        94102-3483

AVENAL STATE PRISON



CONFIDENTIAL
LEGAL MATERIAL